



**NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION**
**MEBA/AFL-CIO**

Suite 845 • 444 North Capitol Street, Washington, D.C. 20001 • 202/347-4572

July 2, 1990

Ms. Lucille Hart
Administrator
MEBA Staff Pension Plan
1007 Eastern Avenue
Baltimore, Maryland 21202

Re: NATCA Participation in Staff Plan

Dear Ms. Hart:

I am writing to inform you that the National Air Traffic Controllers Association (NATCA), an affiliate of District No. 1 - MEBA/NMU, wishes to become a participating employer in the MEBA Staff Pension Plan.

I understand that in order to participate, NATCA will be required to pay the past service credit of its employees, in the amount of $42,800.00. We propose to amortize this payment over 30 years at a rate of $3,700.00 per year.

We also understand that because the plan is fully funded, the normal cost will not be collected at this time. NATCA agrees to pay the normal cost when and if the Plan is no longer fully funded.

I have enclosed a list of all of our employees, their dates of birth, social security numbers, dates of hire and current salary. If you need any additional information, please contact me at (202) 347-4572. Also, please send me a supply of Summary Plan Descriptions for distribution to the covered employees.

Very truly yours,

Ray Spickler
Executive Vice President


Enclosure


cc: C.E. DeFries

Exhibit 1