DISTRICT NO. 1 - PACIFIC COAST DISTRICT
MEBA PENSION PLAN
1007 EASTERN AVENUE
BALTIMORE, MARYLAND 21202-4345

ALLEN R. SZYMCZAK
ADMINISTRATOR

410/547-9111

September 6, 2005

To: Mr. Michael McNally, Vice President
National Air Traffic Controllers Association
1325 Massachusetts Avenue, N.W.
Washington, D.C. 20005

From: Allen R. Szymczak
Administrator

Re: Contributions and Expenses Owed to District No. 1-PCD, MEBA Pension Plan

This memo is to advise you of the contribution owed by your organization to the District No. 1-PCD, MEBA Pension Plan ("the Plan").

According to the Summary of Costs prepared by the Plan's actuary for the 2004 Plan year, the amount owed now is $537,600. A copy of the Summary is enclosed.

This amount represents your organization's share of the Plan's unfunded liability and administrative expense in years prior to 2003 when the Plan was not fully funded, plus interest through December 31, 2004.

Please send us your check payable to the **District No. 1-PCD, MEBA Pension Plan** by no later than September 15, 2005. If you wish to make a payment via wire transfer, please contact Robert Eickhoff, Plans Controller, for wiring instructions. Your payment, whether by check or by wire, must be received no later than September 15, 2005. If you are unable to make payment in full by September 15, 2005, please contact the Controller before that date to make appropriate arrangements for payment.

Should you have any questions, please contact us.

Exhibit 2