UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DISTRICT NO. 1-PCD, MEBA PENSION PLAN, and its Trustees, RON DAVIS and ROBERT DORN, 1007 Eastern Avenue Baltimore, MD 21202, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 1:05-CV-01863 |
| v. | ) ) | Hon. Ricardo M. Urbina |
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO 1325 Massachusetts Ave., NW Washington, DC 20005, | ) ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' PROPOSED SCHEDULING ORDER**

Having considered the Joint Report to the Court Pursuant to Rule 16.3, it is hereby ORDERED that the following schedule is implemented into the Initial Order:

All discovery will be commenced in time to be completed by October 31, 2006.

Maximum of 25 interrogatories by each party to any other party.

Maximum of 10 depositions by plaintiffs and defendants.

Each deposition limited to a maximum of 1 day of 7 hours under Fed. R. Civ. P. 30(d)(2).

Reports from retained experts will be due from Plaintiffs by June 30, 2006.

Reports from retained experts will be due from Defendants by July 31, 2006.

Depositions of retained experts to be conducted by September 30, 2006.

Dispostive Motions are due by December 31, 2006.

2

Oppositions to dispositive motions are due by January 31, 2007.

Replies are due by February 15, 2007.

A Pretrial Conference is scheduled for _____.

_____
Judge, United States District Court

Date:   _____, 2006

H:\Clients\4228\1\Pleadings\Rule 26(f) Conference Report.doc