UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT NO. 1-PCD, MEBA ) <br> PENSION PLAN, and its Trustees, ) <br> RON DAVIS and ROBERT DORN, ) <br> 1007 Eastern Avenue ) <br> Baltimore, MD 21202, ) <br>        ) <br>        Plaintiffs, ) <br>        ) <br>                   v. ) <br>        ) <br> NATIONAL AIR TRAFFIC CONTROLLERS ) <br> ASSOCIATION, AFL-CIO ) <br> 1325 Massachusetts Ave., NW ) <br> Washington, DC 20005, ) <br>        ) <br>        Defendant. ) | Case No. 1:05-CV-01863 <br> Hon. Ricardo M. Urbina |

**DEFENDANT'S PROPOSED SCHEDULING ORDER**

Having considered the Joint Report to the Court Pursuant to Rule 16.3, it is hereby ORDERED that the following schedule is implemented into the Initial Order:

Motions for judgment on the pleadings are due by March 31, 2006.

Oppositions to motions for judgment on the pleadings are due by April 30, 2006.

Replies are due on May 15, 2006.

Discovery to commence 30 days after the Court rules on motions for judgment on the pleadings and be completed as follows:

All discovery to be completed nine months after it begins.

Maximum of 25 interrogatories by each party to any other party.

Maximum of 10 depositions by plaintiffs and defendants.

Each deposition limited to a maximum of 1 day of 7 hours under Fed. R. Civ. P. 30(d)(2).

      Reports from retained experts will be due from Plaintiffs five months after discovery begins.

      Reports from retained experts will be due from Defendant one month after Plaintiffs' report is due.

      Depositions of retained experts to be conducted within two months after Defendant's expert report is due.

      Dispositive Motions are due three months after expert depositions are due to be completed.

      Oppositions to dispositive motions are due one month after dispositive motions are due.

      Replies are due 15 days after oppositions are due.

      A Pretrial Conference is scheduled for _____.


                                              _____
                                              Judge, United States District Court

Date:   _____, 2006

H:\Clients\4228\1\Pleadings\Def prop sched order.wpd