UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT NO. 1-PCD, MEBA PENSION PLAN, and its Trustees, RON DAVIS and ROBERT DORN, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION <br><br> Defendant. | Civil Case No. 05-1863 <br> Judge Ricardo M. Urbina |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Beins, Axelrod, Gleason & Gibson, P.C., counsel for the Plaintiffs in the above-referenced action, has a new address and is located at:

Beins, Axelrod, Gleason & Gibson, P.C.
1625 Massachusetts Avenue, N.W.
Suite 500
Washington, DC 20036
(202) 328-7222
(202) 328-7030 (facsimile)
beinsaxelrod.com (E-mail address)

PLEASE TAKE FURTHER NOTICE THAT Beins, Axelrod, Gleason & Gibson, P.C. requests that all notices given or required to be given and all papers hereinafter served in this case be served upon Beins, Axelrod, Gleason & Gibson, P.C. at its new address as set forth above.

Dated: February 14, 2006        BEINS, AXELROD, GLEASON & GIBSON, P.C.

_____
Edward M. Gleason, Jr., DC Bar No 429325
H. David Kelly, Jr., DC Bar No. 471254
A. Viet Ly, DC Bar No. 485142

                                        Beins, Axelrod, Gleason & Gibson, P.C.  
                                        1625 Mass. Ave., NW, Suite 500  
                                        Washington, D.C. 20036  
                                        (202) 328-7222  
                                        (202) 328-7030 (fax)  
                                        egleason@beinsaxelrod.com (E-mail)  
                                        dkelly@beinsaxelrod.com (E-mail)  
                                        avietly@beinsaxelrod.com (E-mail)  

                                        Counsel for the Plaintiffs

<u>Certificate of Service</u>

   I hereby certify that a copy of the foregoing *Notice of Change of Address* was mailed on this 14th day of February, 2006, by first-class mail, postage prepaid, to:

Lynn Bowers, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Avenue, N.W.
Suite 450
Washington, DC 20036

                    _____
                    H. David Kelly, Jr.