UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT NO. 1-PCD, MEBA PENSION PLAN, and its Trustees, RON DAVIS and ROBERT DORN, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Case No. 05-1863 <br> ) Judge Ricardo M. Urbina <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION'S**

**MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant National Air Traffic Controllers Association, by counsel, moves for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) and submits this Motion for Judgment on the Pleadings, Memorandum of Points and Authorities in Support of Motion for Judgment on the Pleadings, and Proposed Order.

April 10, 2006

Respectfully submitted,

/s/
Lynn A. Bowers, DC Bar No. 446382
Slevin & Hart, P.C.
1625 Massachusetts Avenue, N.W.
Suite 450
Washington, D.C. 20036
Telephone (202) 797-8700
Facsimile (202) 234-8231

Attorneys for Defendant NATCA

## CERTIFICATE OF SERVICE

This is to certify that a copy of Defendant's Motion for Judgment on the Pleadings, Memorandum of Points and Authorities in Support of Motion for Judgment on the Pleadings, and Proposed Order have been served, via hand delivery, on the 10th day of April, 2006, upon the following:

> H. David Kelly, Esq.
> Beins, Axelrod, Gleason & Gibson, P.C.
> 1625 Massachusetts Avenue, N.W.
> Suite 500
> Washington DC 20036

/s/
Lynn A. Bowers