UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT NO. 1-PCD, MEBA PENSION PLAN, and its Trustees, RON DAVIS and ROBERT DORN,<br><br>    Plaintiffs,<br><br> v.<br><br>NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION<br><br>    Defendant. | Civil Case No. 05-1863<br>Judge Ricardo M. Urbina |

**PROPOSED ORDER**

  This Court, having considered Defendant National Air Traffic Controllers Association Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) and all of the arguments in support thereof and in opposition thereto, hereby ORDERS that Judgment in favor of Defendant is GRANTED and that Plaintiffs' Complaint be and hereby is DISMISSED WITH PREJUDICE and that Defendant NATCA is awarded its reasonable attorneys' fees and costs of defense.

                _____
                U.S. District Court Judge Ricardo M. Urbina