IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT NO. 1-PCD, MEBA PENSION PLAN, and its Trustees, RON DAVIS and ROBERT DORN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO,<br><br>Defendant. | Case No. 05 - 1863<br>Judge Ricardo M. Urbina |

**STIPULATION AND ORDER OF DISMISSAL**

The parties, by their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby file this Stipulation of Dismissal, with prejudice, of all claims against National Air Traffic Controllers Association, AFL-CIO. Each party agrees to bear its own attorneys' fees and costs in this action.

| | |
|---|---|
| /S<br>H. David Kelly, Jr. (DC Bar No. 471254)<br>Beins, Axelrod, Gleason & Gibson, P.C.<br>1625 Massachusetts Ave., N.W.<br>Suite 500<br>Washington, DC 20036<br>(202) 328-7222<br>(202) 328-7030 (telecopier)<br>dkelly@beinsaxelrod.com (Email) | /S<br>Lynn A. Bowers (DC Bar # 446382)<br>Slevin & Hart, P.C.<br>1625 Massachusetts Ave., N.W.<br>Suite 450<br>Washington, DC 20036<br>(202) 797-8700<br>Facsimile: (202) 234-8231<br>Email: lbowers@slevinhart.com |

Approved by:_____
United States District Judge