IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT NO. 1-PCD, MEBA PENSION PLAN, and its Trustees, RON DAVIS and ROBERT DORN,  <br><br>Plaintiffs,  <br><br>v.  <br><br>NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, AFL-CIO,  <br><br>Defendant. | Case No. 05 - 1863 <br> Judge Ricardo M. Urbina <br><br> FILED <br><br> JUL 27 2006 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

### STIPULATION AND ORDER OF DISMISSAL

The parties, by their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby file this Stipulation of Dismissal, with prejudice, of all claims against National Air Traffic Controllers Association, AFL-CIO. Each party agrees to bear its own attorneys' fees and costs in this action.

/S_____
H. David Kelly, Jr. (DC Bar No. 471254)
Beins, Axelrod, Gleason & Gibson, P.C.
1625 Massachusetts Ave., N.W.
Suite 500
Washington, DC 20036
(202) 328-7222
(202) 328-7030 (telecopier)
dkelly@beinsaxelrod.com (Email)

/S_____
Lynn A. Bowers (DC Bar # 446382)
Slevin & Hart, P.C.
1625 Massachusetts Ave., N.W.
Suite 450
Washington, DC 20036
(202) 797-8700
Facsimile: (202) 234-8231
Email: lbowers@slevinhart.com

Approved by: _____Ricardo M. Urbina_____
United States District Judge